John Kidd, as Executor, etc., of George W. Wait, Deceased, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.—Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Carr, Stapleton and Putnam, JJ., concurred; Burr, J., dissented.

Elizabeth G. Malone, Respondent, v. Constantine Schmitt, Appellant. —Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Rich, Stapleton and Putnam, JJ., concurred.

Denis J. Murphy, an Infant, by Denis Murphy, His Guardian ad Litem, Appellant, v. Yonkers Savings Bank and Mary Higgins Duffy, as Administratrix, etc., of Thomas Frain, Deceased, Respondents.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Rich, Stapleton and Putnam, JJ., concurred.

Luigi Paolucci, as Administrator, etc., of Virgilio Paolucci, Deceased, Appellant, v. Rinehart & Dennis Company, Respondent.— Upon the issues as to any incompetency on the part of the blaster Ferenzo, the verdict for defendant was amply sustained. According to usage in such work, any laborer at hand might be called in to help in tamping the charge, if a helper was required. The case is barren of any evidence that Ferenzo exercised superintendence or control. As the court was announcing the issues to go to the jury, plaintiff's counsel asked also that Ferenzo's negligence as a superintendent be submitted. This was declined, as not based on the proof given, in which disposition plaintiff's counsel acquiesced, making no further request. The record showing no error, the judgment and order are unanimously affirmed, with costs. Present — Jenks, P. J., Burr, Rich, Stapleton and Putnam, JJ.

The People of the State of New York, Respondent, v. John Augustine, Alias John Hirschbock, Appellant.— Judgment of conviction of the County Court of Kings county affirmed. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

William Stillwell, Appellant, v. Caroline V. Bateman and Others, Respondents.— Judgment affirmed, with costs, upon the opinion of Mr. Justice Manning at Special Term (Reported in 83 Misc. Rep. 589). Jenks, P. J., Burr, Carr, Rich and Putnam, JJ., concurred.

Alexander Von Elterlein, Jr., an Infant, etc., Appellant, v. The Board of Education of the City of New York, Respondent.—Judgment unanimously affirmed, with costs. No opinion. Present—Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

George H. Warner, Appellant, v. Manhattan Lighterage Company, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present—Jenks, P. J., Burr, Rich, Stapleton and Putnam, JJ.

The Wygodsky Engine Company, Appellant, v. Hamilton Terminal Company and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Rich, Stapleton and Putnam, JJ., concurred.